IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNETTA STINNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-21-01105-JD |
| BISMARK ANTONIO GARCIA doing business as B Garcia Truckin; and JUAN INFANTE, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Defendants' Partial Motion to Dismiss ("Motion"). [Doc. No. 7]. Plaintiff then filed an Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). [*See* Doc. No. 16; *see also* Doc. No. 17]. Plaintiff's amendment "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, the Motion is moot.

**IT IS THEREFORE ORDERED** that Defendants' Partial Motion to Dismiss [Doc. No. 7] is **DENIED** as moot and without prejudice.

IT IS SO ORDERED this 6th day of January 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE